**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
John J. Scura III
jscura@scura.com
*Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**CHRISTOPHER B. JOHANNESEN**<br><br>**ERIN P. JOHANNESEN,**<br><br>Debtor. | Chapter 13<br><br>Case No. 18-33430-JKS<br><br>**CERTIFICATION OF COUNSEL REGARDING COMPLIANCE OF DEBTOR'S SOCIAL SECURITY NUMBER** |

I, John J. Scura III, do hereby certify the following:

1. I am counsel for the Debtors in the captioned Chapter 13 proceeding and as such I am familiar with the facts stated herein. I submit this certification to advise the court of my compliance regarding correcting the Debtor's social security number listed on the original petition.

2. On November 28, 2018, I filed a voluntary petition under Chapter 13 of Title 11 of the United States Code, in the United States Bankruptcy Court, for the District of New Jersey, bearing Case No. 18-33430-JKS on behalf of the Debtors.

3. The originally filed petition had the Debtor's incorrect social security number listed.

4. The Debtor's petition has since been amended to reflect his correct social security number. A Statement of Social Security Number has also been filed with court with the Debtor's correct social security number.

5. All three credit reporting agencies have been advised of the mistake.

6. All of the Debtor's creditors have been re-noticed with the Debtor's last four digits of his social security number.

    I hereby certify that the foregoing statements made by me are true and that if any of these statements are willfully false that I am subject to punishment.

**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
Attorneys for the Debtors

By: _/s/ John J. Scura III_____
     John J. Scura III

Dated: January 16, 2019