**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher B Johannesen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Erin P Johannesen** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **18-33430** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $            350,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................. | $             76,360.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $            426,360.00 |

### Part 2:    Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            394,166.21 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                  0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $             10,702.56 |
| | **Your total liabilities** | $            404,868.77 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $              6,517.03 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $              6,043.75 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Christopher B Johannesen**
Debtor 2    **Erin P Johannesen**
Case number *(if known)* **18-33430**

the court with your other schedules.

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
       122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **5,695.33**

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher B Johannesen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Erin P Johannesen** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 18-33430 |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1  Actlien Holding, Inc.**
Creditor's Name

**US Bank Cust Actlien Holding**
**50 South 16 Street**
**Suite 2050**
**Philadelphia, PA 19102**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

Describe the property that secures the claim:

**8 Joyce Drive Succasunna, NJ 07876  Morris County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

Column A: **Unknown**
Column B: **$350,000.00**
Column C: **Unknown**

**2.2  KeyBank**
Creditor's Name

**4910 Tiedeman Road**
**Oh-01-51-0622**
**Brooklyn, OH 44144**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the property that secures the claim:

**Green Label Landscape Management, LLC**
**(Value of business is based upon the vehicles and equipment owned by the business)**
**100 % ownership**

As of the date you file, the claim is: Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Column A: **Unknown**
Column B: **$63,000.00**
Column C: **Unknown**

Debtor 1   **Christopher B Johannesen**

First Name         Middle Name          Last Name

Debtor 2   **Erin P Johannesen**

First Name         Middle Name          Last Name

Case number (if known)   **18-33430**

☐ **Check if this claim relates to a community debt**   ☐ Other (including a right to offset) _____

| | | | | |
|---|---|---|---|---|
| Date debt was incurred | **Opened 3/02/15 Last Active 9/12/16** | Last 4 digits of account number | **7004** | |

---

| 2.3 | **Keybank/usb Cc** | Describe the property that secures the claim: | **$19,142.00** | **$63,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Green Label Landscape Management, LLC (Value of business is based upon the vehicles and equipment owned by the business) 100 % ownership**

**Attn: Bankruptcy Department**
**4910 Tiedeman Road**
**Brooklyn, OH 44144**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

| | | | | |
|---|---|---|---|---|
| Date debt was incurred | **Opened 03/15 Last Active 5/24/18** | Last 4 digits of account number | **7004** | |

---

| 2.4 | **Pnc Mortgage** | Describe the property that secures the claim: | **$347,137.00** | **$350,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**8 Joyce Drive Succasunna, NJ 07876 Morris County**

**Attn: Bankruptcy**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

| | | | | |
|---|---|---|---|---|
| Date debt was incurred | **Opened 01/11 Last Active 12/30/15** | Last 4 digits of account number | **2062** | |

---

| 2.5 | **Roxbury Township Collector** | Describe the property that secures the claim: | **$16,682.21** | **$350,000.00** | **$13,819.21** |
|---|---|---|---|---|---|

Debtor 1    **Christopher B Johannesen**
_____
First Name          Middle Name          Last Name

Debtor 2    **Erin P Johannesen**
_____
First Name          Middle Name          Last Name

Case number (if known)    **18-33430**

---

Creditor's Name

**1715 Route 46
Ledgewood, NJ 07852**
_____
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**8 Joyce Drive Succasunna, NJ
07876  Morris County**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.6 | **Santander Consumer USA** | | | |

Creditor's Name

**Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161**
_____
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred

**Describe the property that secures the claim:**    $11,205.00    $0.00    $11,205.00

**2018 Dodge Durango 12,000 miles
Vehicle is leased.**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened
10/17  Last
Active
9/17/18**

Last 4 digits of account number    **1000**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $394,166.21

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $394,166.21

---

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

☐    Name, Number, Street, City, State & Zip Code

**Mattleman Weinroth & Miller PC
401 Route 70
Cherry Hill, NJ 08034**

On which line in Part 1 did you enter the creditor?    **2.4**

Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher B Johannesen** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Erin P Johannesen** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **18-33430** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Christopher B Johannesen | X /s/ Erin P Johannesen |
|---|---|
| Christopher B Johannesen | Erin P Johannesen |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **January 31, 2019** | Date  **January 31, 2019** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **Christopher B Johannesen**<br>**Erin P Johannesen** | Case No. | **18-33430** |
| | Debtor(s) | Chapter | **13** |

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **January 31, 2019**

**/s/ Christopher B Johannesen**
**Christopher B Johannesen**
Signature of Debtor

Date: **January 31, 2019**

**/s/ Erin P Johannesen**
**Erin P Johannesen**
Signature of Debtor

Actlien Holding, Inc.
US Bank Cust Actlien Holding
50 South 16 Street
Suite 2050
Philadelphia, PA 19102


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


BB&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894


Discover Financial
Po Box 3025
New Albany, OH 43054


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


KeyBank
4910 Tiedeman Road
Oh-01-51-0622
Brooklyn, OH 44144


Keybank/usb Cc
Attn: Bankruptcy Department
4910 Tiedeman Road
Brooklyn, OH 44144


Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201


Mattleman Weinroth & Miller PC
401 Route 70
Cherry Hill, NJ 08034

New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack St., 9th Fl.
PO Box 245
Trenton, NJ 08695


Pnc Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342


Robert J. Triffin
5131 Township Line Road
PO Box 551
Drexel Hill, PA 19026


Roxbury Township Collector
1715 Route 46
Ledgewood, NJ 07852


Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161