UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT: US Bank as
Custodian for Actlien Holding.

**Order Filed on March 13, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Christopher B. Johannesen and Erin P. Johannesen
DEBTOR

CASE NO. 18-33430-JKS

CHAPTER 13

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: March 13, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:Christopher B. Johannesen and Erin P. Johannesen

Case No: 18-33430-JKS

Caption of Order:  CONSENT ORDER


Secured creditor US Bank as Custodian for Actlien Holding Inc. Trust holding  tax sale certificate number 17-00002 encumbering the debtor's property located at 8 Joyce Drive, Roxbury, NJ 07876 and Debtor, Christopher B. Johannesen and Erin P. Johannesen hereby agree to the following:


ORDERED that the creditor herein is allowed to file a Proof of Claim within 30 days from the date that said order has been filed  and same shall be considered timely; and


It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.


HEREBY AGREED AND CONSENTED TO BY:

 PELLEGRINO & FELDSTEIN, LLC


BY:/s/Deborah Feldstein          BY:/s/John J. Scura, III
DEBORAH FELDSTEIN, ESQ.         John J. Scura, III
ATTORNEY FOR                    ATTORNEY FOR DEBTOR
US Bank Cust/Actlien Holding Inc.