| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| PELLEGRINO & FELDSTEIN, LLC<br>Denville, Law Center<br>290 Route 46 West<br>Denville, New Jersey 07834<br>(973) 586-2300<br>ATTORNEYS FOR MOVANT: US Bank as<br>Custodian for Actlien Holding. | |
| IN RE:<br><br>Christopher B. Johannesen and Erin P. Johannesen<br>DEBTOR | CASE NO. 18-33430-JKS<br><br>CHAPTER 13 |

**Order Filed on March 13, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

### CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: March 13, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Christopher B. Johannesen and Erin P. Johannesen

Case No: 18-33430-JKS

Caption of Order: CONSENT ORDER

Secured creditor US Bank as Custodian for Actlien Holding Inc. Trust holding tax sale certificate number 17-00002 encumbering the debtor's property located at 8 Joyce Drive, Roxbury, NJ 07876 and Debtor, Christopher B. Johannesen and Erin P. Johannesen hereby agree to the following:

ORDERED that the creditor herein is allowed to file a Proof of Claim within 30 days from the date that said order has been filed and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein  
DEBORAH FELDSTEIN, ESQ.  
ATTORNEY FOR  
US Bank Cust/Actlien Holding Inc.

BY:/s/John J. Scura, III  
John J. Scura, III  
ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-33430-JKS
Christopher B Johannesen                                                  Chapter 13
Erin P Johannesen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db/jdb         +Christopher B Johannesen,   Erin P Johannesen,   8 Joyce Drive,   Succasunna, NJ 07876-1815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Christopher B Johannesen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          David L. Stevens    on behalf of Joint Debtor Erin P Johannesen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Deborah T. Feldstein    on behalf of Creditor   US Bank Cust Actlien Holding dfeldstein@caplaw.net
          John J. Scura, III    on behalf of Joint Debtor Erin P Johannesen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          John J. Scura, III    on behalf of Debtor Christopher B Johannesen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ronald S. Gellert    on behalf of Creditor    KeyBank, N.A. rgellert@gsbblaw.com,
           abrown@gsbblaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9