Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33430−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher B Johannesen                  Erin P Johannesen
   8 Joyce Drive                                       8 Joyce Drive
   Succasunna, NJ 07876                 Succasunna, NJ 07876

Social Security No.:
   xxx−xx−5637                                        xxx−xx−7055

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 9, 2019.

On 4/1/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 April 25, 2019
Time:                08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 2, 2019
JAN: wdh

                                                                                             Jeanne Naughton
                                                                                             Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                           Case No. 18-33430-JKS
Christopher B Johannesen                                         Chapter 13
Erin P Johannesen
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Apr 02, 2019
                              Form ID: 185                 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db/jdb         +Christopher B Johannesen,    Erin P Johannesen,    8 Joyce Drive,    Succasunna, NJ 07876-1815
cr             +US Bank Cust Actlien Holding,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 W,
                 Denville, NJ   07834,    UNITED STATES 07834-1239
518000465      +Actlien Holding, Inc.,    US Bank Cust Actlien Holding,    50 South 16 Street,    Suite 2050,
                 Philadelphia, PA 19102-2516
517973308       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517892781      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517927857      +CCAP Auto Lease Ltd.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
517980997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517892786      +Keybank/usb Cc,    Attn: Bankruptcy Department,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
517892788      +Mattleman Weinroth & Miller PC,    401 Route 70,    Cherry Hill, NJ 08034-2410
517892790      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
517892791      +Robert J. Triffin,    5131 Township Line Road,    PO Box 551,    Drexel Hill, PA 19026-0551
517892792      +Roxbury Township Collector,    1715 Route 46,    Ledgewood, NJ 07852-9726
517892789      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,
                  Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                  Trenton, NJ 08695)
517892793      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
518120805      +US Bank Custodian for Actlien Holding,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 00:25:39
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517960548       E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2019 00:19:48      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517892782       E-mail/Text: bankruptcy@bbandt.com Apr 03 2019 00:20:21      BB&T,    Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894
517905902       E-mail/Text: mrdiscen@discover.com Apr 03 2019 00:19:49      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517892783      +E-mail/Text: mrdiscen@discover.com Apr 03 2019 00:19:49      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517892784      +E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 00:20:14      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517892785      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 03 2019 00:21:13      KeyBank,
                 4910 Tiedeman Road,    Oh-01-51-0622,    Brooklyn, OH 44144-2338
517892787      +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 00:19:58      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517893922      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 00:25:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: 185             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:

```
          David L. Stevens     on behalf of Debtor Christopher B Johannesen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          David L. Stevens     on behalf of Joint Debtor Erin P Johannesen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Deborah T. Feldstein     on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net
          John J. Scura, III     on behalf of Joint Debtor Erin P Johannesen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          John J. Scura, III     on behalf of Debtor Christopher B Johannesen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Kevin Gordon McDonald     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Ronald S. Gellert     on behalf of Creditor    KeyBank, N.A. rgellert@gsbblaw.com,
           abrown@gsbblaw.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```