| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ronald Gellert (No. 019321997)<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE  19801<br>Phone: (302) 425-5800<br>Fax: 302-425-5814<br>Email: rgellert@gsbblaw.com<br>*Counsel to KeyBank, N.A.* | |
| In Re:<br><br>Christopher B. Johannesen and Erin P. Johannesen<br><br>       Debtors | Case No.:      18-33430-JKS<br><br>Chapter:         13<br><br>Hearing Date:  4-11-19 at 10:00 a.m.<br><br><br>Judge:            John K. Sherwood . |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: KeyBank's Motion for Relief from the Automatic Stay and for Abandonment– D.I. 40

Parties will submit a consent order to Judge Sherwood for approval

Date: April 8, 2019                                    */s/ Ronald S. Gellert*
                                                             Signature