UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street Suite 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com
*Counsel to KeyBank, N.A.*

Order Filed on April 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher B. Johannesen, Erin P. Johannesen

Debtors.

Case No.: 18-33430

Judge: JKS

Hearing Date(s):

Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: April 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | KeyBank, N.A. |
| Applicant's Counsel: | Ronald S. Gellert, Esq. |
| Debtor's Counsel: | John Scura, Esq. |
| Property Involved ("Collateral"): | 2013 Ford F250 (VIN 1FT7W2B63DEB88404) |

Relief sought:
- ☒ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for __3__ months, from __Dec 2018__ to __Feb 2019__.

    ☒ The Debtor is overdue for __3__ payments at $__577.83__ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due $_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $__1,733.49__. Payment shall be made no later than __4/30/2019__.

    ☒ Beginning on __5/16/2019__, regular monthly mortgage payments shall continue to be made in the amount of $__577.83__.

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

  ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

  ☐ Immediate payment: _____

  ☒ Regular monthly payment: No change in payment address

  ☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

       The fees and costs are payable:

        ☐ through the Chapter 13 plan.

        ☐ to the Secured Creditor within _____ days.

    ☒ Attorneys' fees are not awarded.

*rev.8/1/15*