UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
 Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtors

In Re:

 Christopher Johannesen & Erin M. Johannesen,

                              Debtors

Case No.:            18-33430

Chapter:               13

Judge:                 JKS

**Order Filed on July 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/23/2019_____ :

Property:    8 Joyce Drive, Succasunna, NJ 07876

Creditor:    PNC Bank

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/01/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2