Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33430−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B Johannesen
8 Joyce Drive
Succasunna, NJ 07876

Erin P Johannesen
8 Joyce Drive
Succasunna, NJ 07876

Social Security No.:
xxx−xx−5637

xxx−xx−7055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/8/19 at 10:00 AM

to consider and act upon the following:

*65* − Creditor's Certification of Default filed by Ronald S. Gellert on behalf of KeyBank, N.A.. Objection deadline is 07/10/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Gellert, Ronald)

*68* − Certification in Opposition to Creditor's COD (related document:65 Creditor's Certification of Default filed by Ronald S. Gellert on behalf of KeyBank, N.A.. Objection deadline is 07/10/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor KeyBank, N.A.) filed by David L. Stevens on behalf of Christopher B Johannesen, Erin P Johannesen. (Stevens, David)

Dated: 7/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court