| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>CHRISTOPHER B JOHANNESEN<br>ERIN P JOHANNESEN | Case No.: 18-33430<br><br>Adv. No.:<br><br>Hearing Date: 09/12/2019<br><br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/13/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
CHRISTOPHER B JOHANNESEN
ERIN P JOHANNESEN
8 JOYCE DRIVE
SUCCASUNNA, NJ  07876
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  Regular Mail

---

Dated:  August 13, 2019         By:   /S/  Jackie Michaels
                                              Jackie Michaels