| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 11, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　　CHRISTOPHER B JOHANNESEN<br>　　ERIN P JOHANNESEN | Case No.:  18-33430 JKS<br><br>Hearing Date:  10/10/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 11, 2019

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): CHRISTOPHER B JOHANNESEN
ERIN P JOHANNESEN
Case No.: 18-33430
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 10/10/2019 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to surrender vehicle by 10/24/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan to surrender vehicle has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

```
United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 18-33430-JKS
Christopher B Johannesen                                            Chapter 13
Erin P Johannesen
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 11, 2019
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb        +Christopher B Johannesen,   Erin P Johannesen,   8 Joyce Drive,   Succasunna, NJ 07876-1815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
          David E. Sklar    on behalf of Joint Debtor Erin P Johannesen dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
          David L. Stevens    on behalf of Joint Debtor Erin P Johannesen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
          David L. Stevens    on behalf of Debtor Christopher B Johannesen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
          Deborah T. Feldstein    on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net
          John J. Scura, III    on behalf of Joint Debtor Erin P Johannesen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          John J. Scura, III    on behalf of Debtor Christopher B Johannesen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ronald S. Gellert    on behalf of Creditor    KeyBank, N.A. rgellert@gsbblaw.com,
           abrown@gsbblaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```