SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-33430

Re:  CHRISTOPHER B JOHANNESEN             Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     ERIN P JOHANNESEN                            1599 HAMBURG TURNPIKE
     8 JOYCE DRIVE                                WAYNE, NJ  07470
     SUCCASUNNA,  NJ  07876

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/07/2019 | $860.00 | 5522106000 | 01/28/2019 | $430.00 | 5574514000 |
| 02/28/2019 | $430.00 | 5658966000 | 03/29/2019 | $430.00 | 5738505000 |
| 05/01/2019 | $430.00 | 5823132000 | 06/03/2019 | $635.00 | 5906252000 |
| 07/01/2019 | $635.00 | 5977128000 | 07/30/2019 | $635.00 | 6051471000 |
| 09/03/2019 | $635.00 | 6144038000 | 09/30/2019 | $635.00 | 6213067000 |
| 11/01/2019 | $635.00 | 6296675000 | 12/02/2019 | $635.00 | 6371334000 |
| 01/03/2020 | $620.00 | 6453030000 | | | |

**Total Receipts: $7,645.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,645.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | |
| | 03/18/2019 | $208.65 | 821,268 | 07/15/2019 | $7.30 | 829,177 |
| | 08/19/2019 | $53.35 | 831,119 | 09/16/2019 | $81.70 | 833,159 |
| | 10/21/2019 | $53.85 | 835,158 | 11/18/2019 | $53.85 | 837,254 |
| | 12/16/2019 | $51.82 | 839,192 | 01/13/2020 | $61.73 | 841,080 |
| KEY BANK | | | | | | |
| | 03/18/2019 | $66.02 | 821,694 | | | |
| TOWNSHIP OF ROXBURY | | | | | | |
| | 03/18/2019 | $941.79 | 822,443 | 07/15/2019 | $32.94 | 830,244 |
| | 08/19/2019 | $240.80 | 832,308 | 09/16/2019 | $368.77 | 834,247 |
| | 10/21/2019 | $243.05 | 836,358 | 11/18/2019 | $243.04 | 838,365 |
| | 12/16/2019 | $233.92 | 840,239 | 01/13/2020 | $278.62 | 842,119 |
| US BANK | | | | | | |
| | 07/15/2019 | $40.84 | 828,957 | 08/19/2019 | $298.57 | 830,852 |
| | 09/13/2019 | ($40.84) | 828,957 | 09/13/2019 | ($298.57) | 830,852 |
| | 09/16/2019 | $472.69 | 832,920 | 10/21/2019 | $311.55 | 834,885 |
| | 11/18/2019 | $311.54 | 836,990 | 12/16/2019 | $299.84 | 838,920 |
| | 01/13/2020 | $357.15 | 840,794 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 333.27 | TBD |

Chapter 13 Case # 18-33430

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,750.00 | 100.00% | 1,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BB&T | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | DISCOVER BANK | UNSECURED | 7,250.56 | 100.00% | 0.00 | 7,250.56 |
| 0004 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | KEY BANK | VEHICLE SECURE | 66.02 | 100.00% | 66.02 | 0.00 |
| 0007 | CAPITAL ONE NA | UNSECURED | 205.79 | 100.00% | 0.00 | 205.79 |
| 0009 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PNC MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | ROBERT J. TRIFFIN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | TOWNSHIP OF ROXBURY | SECURED | 9,307.09 | 100.00% | 2,582.93 | 6,724.16 |
| 0013 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | ALLY FINANCIAL | VEHICLE SECURE | 2,061.99 | 100.00% | 572.25 | 1,489.74 |
| 0015 | AMERICAN EXPRESS BANK | UNSECURED | 1,548.15 | 100.00% | 0.00 | 1,548.15 |
| 0016 | US BANK | SECURED | 10,371.97 | 100.00% | 1,752.77 | 8,619.20 |

Total Paid:  $7,057.24
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $7,645.00       -    Paid to Claims: $4,973.97    -    Admin Costs Paid: $2,083.27    =    Funds on Hand: $587.76

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.