**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
Attorneys for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Attorneys for Secured Creditor

Shauna Deluca, Esq. (SD-8248)

Order Filed on March 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Christopher B Johannesen,**

      **Debtor.**

**Erin P Johannesen,**

      **Joint Debtor.**

CASE NO.: 18-33430-JKS

CHAPTER 13

HEARING DATE: February 27, 2020

JUDGE:  John K. Sherwood

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: March 14, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Debtors:          Christopher B Johannesen and Erin P Johannesen
Case No.:         18-33430-JKS
Caption of Order:  **Order Allowing Late Filed Proof of Claim**

---

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, PNC BANK, N.A. under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. Secured Creditor's proof of claim filed on January 29, 2020 as Claim No. 9-1 with respect to real property located at 8 Joyce Drive, Succasunna, NJ 07876, shall be deemed timely filed and able to be paid through the Chapter 13 Plan.

Secured Creditor shall serve this Order on the Debtors, any Trustee, and any other party who entered an appearance on the motion.