| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz & Schneid, PL**<br>Attorneys for Secured Creditor<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Attorneys for Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on March 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**Christopher B Johannesen,**<br><br>      **Debtor.**<br><br>**Erin P Johannesen,**<br><br>      **Joint Debtor.** | CASE NO.: 18-33430-JKS<br><br>CHAPTER 13<br><br>HEARING DATE: February 27, 2020<br><br>JUDGE: John K. Sherwood |

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: March 14, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

18-33430-JKS    Christopher B Johannesen

**Page 2**

Debtors:     Christopher B Johannesen and Erin P Johannesen
Case No.:    18-33430-JKS
Caption of Order:  **Order Allowing Late Filed Proof of Claim**

---

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, PNC BANK, N.A. under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. Secured Creditor's proof of claim filed on January 29, 2020 as Claim No. 9-1 with respect to real property located at 8 Joyce Drive, Succasunna, NJ 07876, shall be deemed timely filed and able to be paid through the Chapter 13 Plan.

Secured Creditor shall serve this Order on the Debtors, any Trustee, and any other party who entered an appearance on the motion.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                     Case No. 18-33430-JKS
Christopher B Johannesen                                   Chapter 13
Erin P Johannesen
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1            Date Rcvd: Mar 16, 2020
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db/jdb         +Christopher B Johannesen,    Erin P Johannesen,    8 Joyce Drive,    Succasunna, NJ 07876-1815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              David E. Sklar    on behalf of Joint Debtor Erin P Johannesen dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Joint Debtor Erin P Johannesen dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Debtor Christopher B Johannesen dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Deborah T. Feldstein    on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net
              John J. Scura, III    on behalf of Joint Debtor Erin P Johannesen jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              John J. Scura, III    on behalf of Debtor Christopher B Johannesen jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Ronald S. Gellert    on behalf of Creditor    KeyBank, N.A. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              Shauna M Deluca    on behalf of Creditor    PNC Bank, N.A. sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11