SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
*Counsel to Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>CHRISTOPHER B. JOHANNESEN & ERIN P.<br><br>JOHANNESEN,<br><br>                              Debtor. | Case No. 18-33430-JKS<br><br>Chapter 7<br><br>Judge:  Hon. John K. Sherwood, U.S.B.J. |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of the law offices of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, Wayne, New Jersey, as attorneys for Debtor in the above captioned case.


Dated:  May 8, 2020            /s/ David E. Sklar
                               David E. Sklar, Esq.
                               Withdrawing Counsel


Dated:  May 8, 2020            /s/ David L. Stevens
                               David L. Stevens, Esq.
                               Substituting Attorney