UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtors

jscura@scura.com

In Re:
Christopher Johnannesen & Erin M. Johannesen,

　　　　　　　Debtors.

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-33430

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  1/23/2019          :

Property:    8 Joyce Drive, Succasunna, NJ 07876

Creditor:    PNC Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the Debtors         , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  09/28/2020         .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher B Johannesen  
Erin P Johannesen  
    Debtors

Case No. 18-33430-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 07, 2020  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db/jdb       +Christopher B Johannesen,    Erin P Johannesen,    8 Joyce Drive,    Succasunna, NJ 07876-1815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:  
        David L. Stevens    on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com,  
         ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
        David L. Stevens    on behalf of Debtor Christopher B Johannesen dstevens@scura.com,  
         ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
        Deborah T. Feldstein    on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net  
        John J. Scura, III    on behalf of Joint Debtor Erin P Johannesen jscura@scura.com,  
         ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
        John J. Scura, III    on behalf of Debtor Christopher B Johannesen jscura@scura.com,  
         ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Ronald S. Gellert    on behalf of Creditor    KeyBank, N.A. rgellert@gsbblaw.com,  
         abrown@gsbblaw.com  
        Shauna M Deluca    on behalf of Creditor    PNC Bank, N.A. sdeluca@rasflaw.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 10