Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33430−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B Johannesen
8 Joyce Drive
Succasunna, NJ 07876

Erin P Johannesen
8 Joyce Drive
Succasunna, NJ 07876

Social Security No.:
xxx−xx−5637

xxx−xx−7055

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      9/24/20
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer & Stevens, Debtor's Attorney,

COMMISSION OR FEES
$9,168.57

EXPENSES
$3.90

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 31, 2020
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33430-JKS
Christopher B Johannesen                                              Chapter 13
Erin P Johannesen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 31, 2020
                              Form ID: 137         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.

```
db/jdb         +Christopher B Johannesen,   Erin P Johannesen,   8 Joyce Drive,   Succasunna, NJ 07876-1815
cr             +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
cr             +US Bank Cust Actlien Holding,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 W,
                 Denville, NJ 07834,   UNITED STATES 07834-1239
518000465      +Actlien Holding, Inc.,   US Bank Cust Actlien Holding,   50 South 16 Street,   Suite 2050,
                 Philadelphia, PA 19102-2516
517973308       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517892781      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
517927857      +CCAP Auto Lease Ltd.,   P.O. BOX 961275,   FORT WORTH, TX 76161-0275
517980997       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517892786      +Keybank/usb Cc,   Attn: Bankruptcy Department,   4910 Tiedeman Road,   Brooklyn, OH 44144-2338
517892788      +Mattleman Weinroth & Miller PC,   401 Route 70,   Cherry Hill, NJ 08034-2410
518682727      +PNC Bank, N.A.,   c/o PNC Mortgage, Attn: Bankruptcy Depar,
                 3232 Newmark Drive Mail Stop: B6-YM07-01,   Miamisburg OH 45342-5421
517892790      +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
517892791      +Robert J. Triffin,   5131 Township Line Road,   PO Box 551,   Drexel Hill, PA 19026-0551
517892792      +Roxbury Township Collector,   1715 Route 46,   Ledgewood, NJ 07852-9726
517892789     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
                 Trenton, NJ 08695)
517892793      +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
518120805      +US Bank Custodian for Actlien Holding,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,
                 Denville, NJ 07834-1239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2020 00:06:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2020 00:06:49     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:12:58
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517960548       E-mail/Text: ally@ebn.phinsolutions.com Sep 01 2020 00:05:57     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
517892782       E-mail/Text: bankruptcy@bbandt.com Sep 01 2020 00:06:22     BB&T,   Attn: Bankruptcy,
                 Po Box 1847,   Wilson, NC 27894
517905902       E-mail/Text: mrdiscen@discover.com Sep 01 2020 00:06:05     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517892783      +E-mail/Text: mrdiscen@discover.com Sep 01 2020 00:06:05     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517892784      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 01 2020 00:06:18     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517892785      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 01 2020 00:06:59     KeyBank,
                 4910 Tiedeman Road,   Oh-01-51-0622,   Brooklyn, OH 44144-2338
517892787      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 01 2020 00:06:06     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517893922      +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:11:48     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 31, 2020
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Christopher B Johannesen dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
           8@notify.bestcase.com
          David L. Stevens    on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
           8@notify.bestcase.com
          Deborah T. Feldstein    on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net
          John J. Scura, III    on behalf of Joint Debtor Erin P Johannesen jscura@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;mduran@scura.com;vmajano@scura
           .com;martinezcr93878@notify.bestcase.com
          John J. Scura, III    on behalf of Debtor Christopher B Johannesen jscura@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;mduran@scura.com;vmajano@scura
           .com;martinezcr93878@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ronald S. Gellert    on behalf of Creditor    KeyBank, N.A. rgellert@gsbblaw.com,
           abrown@gsbblaw.com
          Shauna M Deluca    on behalf of Creditor    PNC Bank, N.A. sdeluca@rasflaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```