UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
John J. Scura III, Esq.
jscura@scura.com

**Order Filed on September 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christopher B. Johannesen &
Erin P. Johannesen,
                    Debtors

Case No.:       18-33430

Chapter:        13

Judge:          JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $     9,168.57     for services rendered and expenses in the amount of $     3.90     for a total of $     9,172.47    . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $     897.00     per month for     38     months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 18-33430-JKS

Christopher B Johannesen                                                              Chapter 13

Erin P Johannesen

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb           + Christopher B Johannesen, Erin P Johannesen, 8 Joyce Drive, Succasunna, NJ 07876-1815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**
jdb            *+                   Erin P Johannesen, 8 Joyce Drive, Succasunna, NJ 07876-1815

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020                                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

**Name**                          **Email Address**

David L. Stevens
    on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com
    ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

David L. Stevens
    on behalf of Debtor Christopher B Johannesen dstevens@scura.com
    ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Deborah T. Feldstein
    on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net

District/off: 0312-2                          User: admin                          Page 2 of 2
Date Rcvd: Sep 29, 2020                   Form ID: pdf903                   Total Noticed: 1

| | |
|---|---|
| John J. Scura, III | on behalf of Joint Debtor Erin P Johannesen jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John J. Scura, III | on behalf of Debtor Christopher B Johannesen jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ronald S. Gellert | on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Shauna M Deluca | on behalf of Creditor PNC Bank  N.A. sdeluca@rasflaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11