UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Christopher Johannesen & Erin Johannesen,

Debtors.

Case No.:    18-33430-JKS

Chapter:    13

Hearing Date:    12/10/2020

Judge:    Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 129)

_____

Date: 11/24/2020                                     /s/ Denise Carlon
                                                     Signature

*rev.8/1/15*