Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−33430−JKS
Chapter:  13
Judge:  John K. Sherwood

---

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Christopher B Johannesen             Erin P Johannesen
    8 Joyce Drive                          8 Joyce Drive
    Succasunna, NJ 07876            Succasunna, NJ 07876

Social Security No.:
    xxx−xx−5637                       xxx−xx−7055

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

      NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 11, 2020.

Dated: December 11, 2020
JAN: rah

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 18-33430-JKS

Christopher B Johannesen                                                          Chapter 13

Erin P Johannesen

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                                     Page 1 of 3
Date Rcvd: Dec 11, 2020                      Form ID: plncf13                                          Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|----------|--|----------------------------|
| db/jdb | + | Christopher B Johannesen, Erin P Johannesen, 8 Joyce Drive, Succasunna, NJ 07876-1815 |
| cr | + | US Bank Cust Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834, UNITED STATES 07834-1239 |
| 518000465 | + | Actlien Holding, Inc., US Bank Cust Actlien Holding, 50 South 16 Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 517973308 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517892781 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517927857 | + | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517980997 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517892786 | + | Keybank/usb Cc, Attn: Bankruptcy Department, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 517892788 | + | Mattleman Weinroth & Miller PC, 401 Route 70, Cherry Hill, NJ 08034-2410 |
| 517892791 | + | Robert J. Triffin, 5131 Township Line Road, PO Box 551, Drexel Hill, PA 19026-0551 |
| 517892792 | + | Roxbury Township Collector, 1715 Route 46, Ledgewood, NJ 07852-9726 |
| 517892789 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517892793 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518947407 | | US Bank Cust Actlien Holding, PO Box 237174, New York, NY 10023-0032 |
| 518120805 | + | US Bank Custodian for Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|--|----------------------------|-----------|----------------------------|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2020 22:03:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:21:20 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517960548 | | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2020 22:02:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517892782 | | Email/Text: bankruptcy@bbandt.com | Dec 11 2020 22:03:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 517905902 | | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517892783 | + | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517892784 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 0312-2 | User: admin | Page 2 of 3
--- | --- | ---
Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 29

| | | Dec 11 2020 22:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| --- | --- | --- | --- |
| 517892785 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Dec 11 2020 22:04:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 517892787 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Dec 11 2020 22:02:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518682727 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 11 2020 22:03:00 | PNC Bank, N.A., c/o PNC Mortgage, Attn: Bankruptcy Depar, 3232 Newmark Drive Mail Stop: B6-YM07-01, Miamisburg OH 45342 |
| 517892790 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 11 2020 22:03:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517893922 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 11 2020 22:21:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Debtor Christopher B Johannesen dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J. Scura, III | on behalf of Joint Debtor Erin P Johannesen jscura@scura.com |

District/off: 0312-2
Date Rcvd: Dec 11, 2020

User: admin
Form ID: plncf13

Page 3 of 3
Total Noticed: 29

ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

John J. Scura, III

on behalf of Debtor Christopher B Johannesen jscura@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

John R. Morton, Jr.

on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Ronald S. Gellert

on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Shauna M Deluca

on behalf of Creditor PNC Bank  N.A. sdeluca@rasflaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12