**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Case No.:  18-33430

IN RE:

CHRISTOPHER B JOHANNESEN
ERIN P JOHANNESEN

Adv. No.:

Hearing Date:

**Judge:  JKS**

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an adminsitrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2. On, 01/05/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
CHRISTOPHER B JOHANNESEN
ERIN P JOHANNESEN
8 JOYCE DRIVE
SUCCASUNNA, NJ  07876
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  January 05, 2021

By:   /S/  Jeannine VanSant
      Jeannine VanSant