**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on February 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   CHRISTOPHER B JOHANNESEN
   ERIN P JOHANNESEN

**Case No.:  18-33430 JKS**

**Hearing Date:  2/11/2021**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 11, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  CHRISTOPHER B JOHANNESEN
ERIN P JOHANNESEN

Case No.:  18-33430

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/11/2021 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,852.00

  starting on 3/1/2021 for the remaining 57 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee; and it is further

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

    CHRISTOPHER B JOHANNESEN
    ERIN P JOHANNESEN

**Case No.:  18-33430 JKS**

**Hearing Date:  2/11/2021**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s):  CHRISTOPHER B JOHANNESEN
ERIN P JOHANNESEN

Case No.:  18-33430

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/11/2021 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,852.00

  starting on 3/1/2021 for the remaining 57 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee; and it is further