UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

Order Filed on June 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Christopher B. Johannesen, Erin P. Johannesen,

Debtors.

Case No.: 18-33430 JKS

Adv. No.:

Hearing Date: 5/13/2021 @ 10:00 a.m.

Judge: John K. Sherwood

## AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 25, 2021**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Document    Page 2 of 2

**(Page 2)**
Debtors:  Christopher B. Johannesen, Erin P. Johannesen
Case No:  18-33430 JKS
Caption of Order:  AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 8 Joyce Drive, Succasunna, NJ, 07876, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John J. Scura, Esq., attorney for Debtor, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of May 21, 2021 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payment due May 2021 for a total post-petition default of $1,662.50 (1 @ $1,662.50); and

       It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,662.50 will be paid by Debtor remitting $277.08 for per month for five months and $277.10 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on June 1, 2021 and continue for a period of six months until the post-petition arrears are cured; and

       It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 16, 2021, directly to Secured Creditor's servicer, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

       It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

       It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.