Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33430−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B Johannesen
8 Joyce Drive
Succasunna, NJ 07876

Erin P Johannesen
8 Joyce Drive
Succasunna, NJ 07876

Social Security No.:
xxx−xx−5637                                 xxx−xx−7055

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/13/22
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
John J. Scura III, Debtor's Attorney

COMMISSION OR FEES
$6,636.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 30, 2021
JAN:

          Jeanne Naughton
          Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-33430-JKS

Christopher B Johannesen     Chapter 13

Erin P Johannesen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Nov 30, 2021     Form ID: 137     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher B Johannesen, Erin P Johannesen, 8 Joyce Drive, Succasunna, NJ 07876-1815 |
| cr | + | US Bank Cust Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834, UNITED STATES 07834-1239 |
| 518000465 | + | Actlien Holding, Inc., US Bank Cust Actlien Holding, 50 South 16 Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 517973308 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517892781 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517927857 | + | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517980997 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517892786 | + | Keybank/usb Cc, Attn: Bankruptcy Department, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 517892788 | + | Mattleman Weinroth & Miller PC, 401 Route 70, Cherry Hill, NJ 08034-2410 |
| 517892791 | + | Robert J. Triffin, 5131 Township Line Road, PO Box 551, Drexel Hill, PA 19026-0551 |
| 517892792 | + | Roxbury Township Collector, 1715 Route 46, Ledgewood, NJ 07852-9726 |
| 517892793 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518947407 | | US Bank Cust Actlien Holding, PO Box 237174, New York, NY 10023-0032 |
| 518120805 | + | US Bank Custodian for Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2021 20:31:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 20:52:16 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517960548 | | Email/Text: ally@ebn.phinsolutions.com | Nov 30 2021 20:30:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517892782 | | Email/Text: bankruptcy@bbandt.com | Nov 30 2021 20:31:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 517927857 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 30 2021 20:31:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517905902 | | Email/Text: mrdiscen@discover.com | Nov 30 2021 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517892783 | + | Email/Text: mrdiscen@discover.com | Nov 30 2021 20:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517892784 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2021 20:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 18-33430-JKS    Doc 151    Filed 12/02/21    Entered 12/03/21 00:18:22    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 137 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517892785 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 30 2021 20:31:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 517892787 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2021 20:30:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518682727 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2021 20:31:00 | PNC Bank, N.A., c/o PNC Mortgage, Attn: Bankruptcy Depar, 3232 Newmark Drive Mail Stop: B6-YM07-01, Miamisburg OH 45342 |
| 517892790 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2021 20:31:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517892789 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 30 2021 20:31:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517892793 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 30 2021 20:31:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517893922 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 20:52:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Christopher B Johannesen dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| David L. Stevens | on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Deborah T. Feldstein | on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 30, 2021 | Form ID: 137 | Total Noticed: 29 |

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor Christopher B Johannesen jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

Jamal J Romero
    on behalf of Joint Debtor Erin P Johannesen jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

John J. Scura, III
    on behalf of Joint Debtor Erin P Johannesen jscura@scura.com
    ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com

John J. Scura, III
    on behalf of Debtor Christopher B Johannesen jscura@scura.com
    ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Ronald S. Gellert
    on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Shauna M Deluca
    on behalf of Creditor PNC Bank  N.A. sdeluca@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15