UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
John J. Scura III, Esq.
jscura@scura.com

Order Filed on January 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher B. Johannesen &
Erin P. Johannesen,
               Debtors

Case No.: 18-33430

Chapter: 13

Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 21, 2022**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____6,636.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____6,636.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,017_____ per month for _____47_____ months to allow for payment of the above fee.

*rev.8/1/15*