UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
John J. Scura III, Esq.
jscura@scura.com

Order Filed on January 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher B. Johannesen &
Erin P. Johannesen,
                    Debtors

Case No.:    18-33430
Chapter:     13
Judge:       JKS

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 21, 2022**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $  6,636.00  for services rendered and expenses in the amount of $  0.00  for a total of $  6,636.00 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $  2,017  per month for  47  months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-33430-JKS

Christopher B Johannesen  Chapter 13

Erin P Johannesen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 2

Date Rcvd: Jan 24, 2022　　　　　　　　Form ID: pdf903　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher B Johannesen, Erin P Johannesen, 8 Joyce Drive, Succasunna, NJ 07876-1815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022　　　　　　　　　　Signature:　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

**Name**　　　　　　　　　**Email Address**

David L. Stevens
　　　　on behalf of Debtor Christopher B Johannesen dstevens@scura.com
　　　　ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

David L. Stevens
　　　　on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com
　　　　ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

Deborah T. Feldstein
　　　　on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net

Denise E. Carlon
　　　　on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 24, 2022 | Form ID: pdf903 | Total Noticed: 1

Denise E. Carlon
   on behalf of Creditor PNC Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
   on behalf of Debtor Christopher B Johannesen jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

Jamal J Romero
   on behalf of Joint Debtor Erin P Johannesen jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

John J. Scura, III
   on behalf of Joint Debtor Erin P Johannesen jscura@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com

John J. Scura, III
   on behalf of Debtor Christopher B Johannesen jscura@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com

John R. Morton, Jr.
   on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Ronald S. Gellert
   on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Shauna M Deluca
   on behalf of Creditor PNC Bank  N.A. sdeluca@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15