Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 10, 2025

**Chapter 13 Case # 18-33430**

Re:  CHRISTOPHER B JOHANNESEN  
    ERIN P JOHANNESEN  
    8 JOYCE DRIVE  
    SUCCASUNNA, NJ  07876

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
     1599 HAMBURG TURNPIKE  
     WAYNE, NJ  07470

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/07/2019 | $860.00 | 5522106000 | 01/28/2019 | $430.00 | 5574514000 |
| 02/28/2019 | $430.00 | 5658966000 | 03/29/2019 | $430.00 | 5738505000 |
| 05/01/2019 | $430.00 | 5823132000 | 06/03/2019 | $635.00 | 5906252000 |
| 07/01/2019 | $635.00 | 5977128000 | 07/30/2019 | $635.00 | 6051471000 |
| 09/03/2019 | $635.00 | 6144038000 | 09/30/2019 | $635.00 | 6213067000 |
| 11/01/2019 | $635.00 | 6296675000 | 12/02/2019 | $635.00 | 6371334000 |
| 01/03/2020 | $620.00 | 6453030000 | 01/31/2020 | $620.00 | 6521027000 |
| 03/02/2020 | $620.00 | 6605314000 | 03/31/2020 | $620.00 | 6674696000 |
| 05/01/2020 | $620.00 | 6750222000 | 06/01/2020 | $620.00 | 6831301000 |
| 07/01/2020 | $620.00 | 6905850000 | 08/03/2020 | $620.00 | 6981925000 |
| 12/21/2020 | $1,805.00 | 7320771000 | 01/06/2021 | $1,805.00 | 7360044000 |
| 03/29/2021 | $1,852.00 | 7556650000 | 03/31/2021 | $1,852.00 | 7563360000 |
| 04/30/2021 | $1,852.00 | 7634083000 | 06/02/2021 | $1,852.00 | 7704812000 |
| 07/01/2021 | $1,852.00 | 7779469000 | 08/02/2021 | $1,852.00 | 7851274000 |
| 09/02/2021 | $1,852.00 | 7919548000 | 10/04/2021 | $1,852.00 | 7986111000 |
| 11/01/2021 | $1,852.00 | 8049270000 | 12/01/2021 | $1,852.00 | 8116137000 |
| 01/03/2022 | $1,852.00 | 8179220000 | 01/31/2022 | $2,017.00 | 8243511000 |
| 02/28/2022 | $2,017.00 | 8305682000 | 03/31/2022 | $2,017.00 | 8372057000 |
| 05/02/2022 | $2,017.00 | 8436613000 | 06/01/2022 | $2,017.00 | 8500527000 |
| 07/01/2022 | $2,017.00 | 8560810000 | 08/01/2022 | $2,017.00 | 8621518000 |
| 09/01/2022 | $2,017.00 | 8681022000 | 10/03/2022 | $2,017.00 | 8741378000 |
| 11/01/2022 | $2,017.00 | 8801139000 | 12/01/2022 | $2,017.00 | 8856328000 |
| 01/03/2023 | $2,017.00 | 8914394000 | 02/01/2023 | $2,017.00 | 8971298000 |
| 03/01/2023 | $2,017.00 | 9026603000 | 03/31/2023 | $2,017.00 | 9083026000 |
| 05/01/2023 | $2,017.00 | 9142315000 | 06/02/2023 | $2,017.00 | 9200623000 |
| 07/03/2023 | $2,017.00 | 9252218000 | 08/01/2023 | $2,017.00 | 9304497000 |
| 08/30/2023 | $2,017.00 | 9351817000 | 10/02/2023 | $2,017.00 | 9409711000 |
| 11/02/2023 | $2,017.00 | 9461095000 | 12/01/2023 | $2,017.00 | 9509782000 |
| 01/02/2024 | $2,017.00 | 9560841000 | 02/02/2024 | $2,017.00 | 9614074000 |
| 03/01/2024 | $2,017.00 | 9659979000 | 04/01/2024 | $2,017.00 | 9712663000 |
| 05/01/2024 | $2,017.00 | 9761240000 | 06/03/2024 | $2,017.00 | 9812465000 |

**Chapter 13 Case # 18-33430**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2024 | $2,017.00 | 9860455000 | 08/01/2024 | $2,017.00 | 9908020000 |
| 09/03/2024 | $2,017.00 | 9958560000 | 10/01/2024 | $2,017.00 | 1000416200 |
| 11/01/2024 | $2,017.00 | 1005291300 | 12/02/2024 | $2,017.00 | 1009928200 |
| 01/02/2025 | $2,017.00 | 1014345200 | 02/03/2025 | $2,017.00 | 1018587800 |
| 03/03/2025 | $2,017.00 | I1MWG3LLCQ-Plan | 03/31/2025 | $2,017.00 | I1MWG3LLCQ-Plan |
| 04/29/2025 | $2,017.00 | I1MWG3LLCQ-Plan | 05/29/2025 | $2,017.00 | I1MWG3LLCQ-Plan |
| 07/01/2025 | $2,017.00 | I1MWG3LLCQ-Plan | 07/29/2025 | $2,017.00 | I1MWG3LLCQ-Plan |
| 08/29/2025 | $2,017.00 | I1MWG3LLCQ-Plan | | | |

**Total Receipts: $124,715.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $124,715.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,317.48 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 17,558.47 | 100.00% | 17,558.47 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BB&T | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | DISCOVER BANK | UNSECURED | 7,250.56 | 100.00% | 3,491.46 | 3,759.10 |
| 0004 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | KEY BANK | VEHICLE SECURED | 66.02 | 100.00% | 66.02 | 0.00 |
| 0007 | CAPITAL ONE NA | UNSECURED | 205.79 | 100.00% | 99.10 | 106.69 |
| 0009 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PNC BANK | MORTGAGE ARR | 68,728.75 | 100.00% | 68,728.75 | 0.00 |
| 0011 | ROBERT J. TRIFFIN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | TOWNSHIP OF ROXBURY | SECURED | 9,307.09 | 100.00% | 9,307.09 | 0.00 |
| 0013 | SANTANDER CONSUMER USA INC. | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | ALLY FINANCIAL | VEHICLE SECURED | 954.24 | 100.00% | 954.24 | 0.00 |
| 0015 | AMERICAN EXPRESS BANK | UNSECURED | 1,548.15 | 100.00% | 745.50 | 802.65 |
| 0016 | ACT PROPERTY, LLC | SECURED | 10,698.44 | 100.00% | 10,698.44 | 0.00 |

Total Paid: $118,966.55
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACT PROPERTY, LLC | | | | | | |
| | 06/12/2023 | $163.44 | 911568 | 07/17/2023 | $163.44 | 913080 |
| | 08/14/2023 | $163.44 | 914596 | 09/18/2023 | $163.44 | 916096 |
| | 10/16/2023 | $163.44 | 917594 | 11/13/2023 | $160.81 | 919019 |
| | 12/11/2023 | $160.81 | 920442 | 01/08/2024 | $160.81 | 921833 |
| | 02/12/2024 | $160.81 | 923178 | 03/11/2024 | $160.81 | 924635 |
| | 04/15/2024 | $160.81 | 926064 | 05/10/2024 | $160.81 | 927548 |
| | 06/17/2024 | $160.81 | 928946 | 07/15/2024 | $160.82 | 930433 |
| | 08/19/2024 | $166.06 | 931841 | 09/16/2024 | $166.06 | 933307 |
| | 10/21/2024 | $166.06 | 934706 | 11/18/2024 | $164.31 | 936185 |
| | 12/03/2024 | ($166.06) | 931841 | 12/16/2024 | $330.37 | 937568 |
| | 01/13/2025 | $164.31 | 939002 | 02/10/2025 | $164.31 | 940373 |
| | 03/17/2025 | $164.31 | 941753 | 04/14/2025 | $164.31 | 943220 |
| | 05/12/2025 | $118.90 | 944657 | | | |

**Chapter 13 Case # 18-33430**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | | |
| | 03/18/2019 | $208.65 | 821268 | | 07/15/2019 | $7.30 | 829177 |
| | 08/19/2019 | $53.35 | 831119 | | 09/16/2019 | $81.70 | 833159 |
| | 10/21/2019 | $53.85 | 835158 | | 11/18/2019 | $53.85 | 837254 |
| | 12/16/2019 | $51.82 | 839192 | | 01/13/2020 | $61.73 | 841080 |
| | 02/10/2020 | $52.02 | 842955 | | 03/16/2020 | $52.02 | 844860 |
| | 04/20/2020 | $52.02 | 846805 | | 05/18/2020 | $52.02 | 848731 |
| | 06/15/2020 | $74.47 | 850408 | | 07/20/2020 | $49.72 | 852197 |
| | 08/17/2020 | $49.72 | 854073 | | | | |
| AMERICAN EXPRESS BANK | | | | | | | |
| | 05/12/2025 | $90.08 | 8004582 | | 06/16/2025 | $325.98 | 8004617 |
| | 07/14/2025 | $329.44 | 8004665 | | | | |
| CAPITAL ONE NA | | | | | | | |
| | 05/12/2025 | $11.97 | 8004581 | | 06/16/2025 | $43.33 | 8004620 |
| | 07/14/2025 | $43.80 | 8004664 | | | | |
| DISCOVER BANK | | | | | | | |
| | 05/12/2025 | $421.88 | 944854 | | 06/16/2025 | $1,526.67 | 946266 |
| | 07/14/2025 | $1,542.91 | 947711 | | | | |
| KEY BANK | | | | | | | |
| | 03/18/2019 | $66.02 | 821694 | | | | |
| PNC BANK | | | | | | | |
| | 07/19/2021 | $1,379.65 | 874440 | | 08/16/2021 | $1,482.18 | 876148 |
| | 09/20/2021 | $1,482.18 | 877910 | | 10/18/2021 | $1,482.18 | 879649 |
| | 11/17/2021 | $1,497.95 | 881351 | | 03/14/2022 | $475.38 | 888044 |
| | 04/18/2022 | $1,631.41 | 889781 | | 05/16/2022 | $1,657.16 | 891458 |
| | 06/20/2022 | $1,657.16 | 893170 | | 07/18/2022 | $1,657.16 | 894832 |
| | 08/15/2022 | $1,657.16 | 896421 | | 09/19/2022 | $1,657.16 | 898047 |
| | 10/17/2022 | $1,657.16 | 899692 | | 11/14/2022 | $1,622.82 | 901251 |
| | 12/12/2022 | $1,622.82 | 902803 | | 01/09/2023 | $1,622.82 | 904300 |
| | 02/13/2023 | $1,622.82 | 905842 | | 03/13/2023 | $1,622.82 | 907447 |
| | 04/17/2023 | $1,622.82 | 909069 | | 05/15/2023 | $1,622.82 | 910634 |
| | 06/12/2023 | $1,605.65 | 912125 | | 07/17/2023 | $1,605.65 | 913638 |
| | 08/14/2023 | $1,605.65 | 915145 | | 09/18/2023 | $1,605.65 | 916649 |
| | 10/16/2023 | $1,605.65 | 918119 | | 11/13/2023 | $1,579.89 | 919560 |
| | 12/11/2023 | $1,579.89 | 920958 | | 01/08/2024 | $1,579.89 | 922328 |
| | 02/12/2024 | $1,579.89 | 923715 | | 03/11/2024 | $1,579.89 | 925154 |
| | 04/15/2024 | $1,579.89 | 926625 | | 05/10/2024 | $1,579.90 | 928046 |
| | 06/17/2024 | $1,579.89 | 929506 | | 07/15/2024 | $1,579.90 | 930929 |
| | 08/19/2024 | $1,631.41 | 932392 | | 09/16/2024 | $1,631.41 | 933793 |
| | 10/21/2024 | $1,631.41 | 935250 | | 11/18/2024 | $1,614.24 | 936688 |
| | 12/16/2024 | $1,614.24 | 938087 | | 01/13/2025 | $1,614.24 | 939509 |
| | 02/10/2025 | $1,614.24 | 940864 | | 03/17/2025 | $1,614.24 | 942281 |
| | 04/14/2025 | $1,614.24 | 943726 | | 05/12/2025 | $1,168.17 | 945168 |

**Chapter 13 Case # 18-33430**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOWNSHIP OF ROXBURY | | | | | | | |
| | 03/18/2019 | $941.79 | 822443 | | 07/15/2019 | $32.94 | 830244 |
| | 08/19/2019 | $240.80 | 832308 | | 09/16/2019 | $368.77 | 834247 |
| | 10/21/2019 | $243.05 | 836358 | | 11/18/2019 | $243.04 | 838365 |
| | 12/16/2019 | $233.92 | 840239 | | 01/13/2020 | $278.62 | 842119 |
| | 02/10/2020 | $234.79 | 843998 | | 03/16/2020 | $234.79 | 845948 |
| | 04/20/2020 | $234.79 | 847909 | | 05/18/2020 | $234.79 | 849676 |
| | 06/15/2020 | $336.14 | 851360 | | 07/20/2020 | $224.43 | 853237 |
| | 08/17/2020 | $224.43 | 855046 | | 07/19/2021 | $100.37 | 874820 |
| | 08/16/2021 | $107.83 | 876536 | | 09/20/2021 | $107.83 | 878318 |
| | 10/18/2021 | $107.83 | 880048 | | 11/17/2021 | $108.98 | 881726 |
| | 03/14/2022 | $34.58 | 888414 | | 04/18/2022 | $118.68 | 890181 |
| | 05/16/2022 | $120.56 | 891822 | | 06/20/2022 | $120.56 | 893573 |
| | 07/18/2022 | $120.56 | 895200 | | 08/15/2022 | $120.56 | 896747 |
| | 09/19/2022 | $120.56 | 898422 | | 10/17/2022 | $120.56 | 900035 |
| | 11/14/2022 | $118.06 | 901607 | | 12/12/2022 | $118.06 | 903140 |
| | 01/09/2023 | $118.06 | 904637 | | 02/13/2023 | $118.06 | 906207 |
| | 03/13/2023 | $118.06 | 907796 | | 04/17/2023 | $118.06 | 909449 |
| | 05/15/2023 | $118.06 | 910947 | | 06/12/2023 | $116.81 | 912458 |
| | 07/17/2023 | $116.81 | 913984 | | 08/14/2023 | $116.81 | 915447 |
| | 09/18/2023 | $116.81 | 916987 | | 10/16/2023 | $116.81 | 918420 |
| | 11/13/2023 | $114.94 | 919865 | | 12/11/2023 | $114.94 | 921272 |
| | 01/08/2024 | $114.94 | 922625 | | 02/12/2024 | $114.94 | 924053 |
| | 03/11/2024 | $114.94 | 925479 | | 04/15/2024 | $114.93 | 926978 |
| | 05/10/2024 | $114.94 | 928347 | | 06/17/2024 | $114.93 | 929863 |
| | 07/15/2024 | $114.94 | 931234 | | 08/19/2024 | $118.68 | 932736 |
| | 09/16/2024 | $118.68 | 934109 | | 10/21/2024 | $118.68 | 935618 |
| | 11/18/2024 | $117.43 | 937015 | | 12/16/2024 | $117.43 | 938433 |
| | 01/13/2025 | $117.44 | 939850 | | 02/10/2025 | $117.44 | 941190 |
| | 03/17/2025 | $117.43 | 942653 | | 04/14/2025 | $117.44 | 944074 |
| | 05/12/2025 | $84.98 | 945526 | | | | |
| U.S. BANK | | | | | | | |
| | 07/19/2021 | $140.43 | 874832 | | 08/16/2021 | $150.87 | 876548 |
| | 09/20/2021 | $150.87 | 878330 | | 10/18/2021 | $150.87 | 880060 |
| | 11/17/2021 | $152.47 | 881736 | | 03/14/2022 | $48.39 | 888427 |
| | 04/18/2022 | $166.06 | 890196 | | 05/16/2022 | $168.68 | 891835 |
| | 06/20/2022 | $168.68 | 893589 | | 07/18/2022 | $168.68 | 895213 |
| | 08/15/2022 | $168.68 | 896761 | | 09/19/2022 | $168.68 | 898436 |
| | 10/17/2022 | $168.68 | 900050 | | 11/14/2022 | $165.18 | 901619 |
| | 12/12/2022 | $165.18 | 903152 | | 01/09/2023 | $165.18 | 904646 |
| | 02/13/2023 | $165.18 | 906221 | | 03/13/2023 | $165.18 | 907809 |
| | 04/17/2023 | $165.18 | 909465 | | 05/15/2023 | $165.18 | 910961 |
| US BANK | | | | | | | |
| | 07/15/2019 | $40.84 | 828957 | | 08/19/2019 | $298.57 | 830852 |
| | 09/13/2019 | ($40.84) | 828957 | | 09/13/2019 | ($298.57) | 830852 |
| | 09/16/2019 | $472.69 | 832920 | | 10/21/2019 | $311.55 | 834885 |
| | 11/18/2019 | $311.54 | 836990 | | 12/16/2019 | $299.84 | 838920 |
| | 01/13/2020 | $357.15 | 840794 | | 02/10/2020 | $300.96 | 842677 |
| | 03/16/2020 | $300.96 | 844540 | | 04/20/2020 | $300.96 | 846485 |
| | 05/18/2020 | $300.96 | 848444 | | 06/03/2020 | ($300.96) | 842677 |
| | 06/15/2020 | $448.35 | 850123 | | 07/20/2020 | $299.35 | 851879 |
| | 08/17/2020 | $299.35 | 853769 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 10, 2025.

Receipts: $124,715.00    -    Paid to Claims: $94,090.60    -    Admin Costs Paid: $24,875.95    =    Funds on Hand: $5,748.45

Unpaid Balance to Claims: $4,668.44    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($1,080.01)

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.