Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 18−33430−JKS
                                  Chapter: 13
                                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher B Johannesen                              Erin P Johannesen
   8 Joyce Drive                                                                  8 Joyce Drive
   Succasunna, NJ 07876                                    Succasunna, NJ 07876

Social Security No.:
   xxx−xx−5637                                                                 xxx−xx−7055

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after January 5, 2026 for the reason(s) indicated below.

☑   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: December 4, 2025
JAN: mlc

                                                                                              Jeanne Naughton
                                                                                              Clerk