Certificate Number: 12433-NJ-DE-040470764

Bankruptcy Case Number: 18-33430



12433-NJ-DE-040470764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2026, at 5:44 o'clock PM EST, Erin P. Johannesen completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 5, 2026         By:   /s/Lisa Susoev

                                Name:   Lisa Susoev

                                Title:   Teacher

Certificate Number: 12433-NJ-DE-040470765

Bankruptcy Case Number: 18-33430



12433-NJ-DE-040470765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2026, at 5:44 o'clock PM EST, Christopher B. Johannesen completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  January 5, 2026            By:    /s/Lisa Susoev

                                  Name:  Lisa Susoev

                                  Title: Teacher