| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher B Johannesen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5637<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Erin P Johannesen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7055<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–33430–JKS | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher B Johannesen            Erin P Johannesen

<u>1/5/26</u>                                              **By the court:** <u>John K. Sherwood</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher B Johannesen  
Erin P Johannesen  
    Debtors

Case No. 18-33430-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 05, 2026     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher B Johannesen, Erin P Johannesen, 8 Joyce Drive, Succasunna, NJ 07876-1815 |
| cr | + | US Bank Cust Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834, UNITED STATES 07834-1239 |
| 519918081 | | ACT Property LLC, PO Box 237174, New York, NY 10023-0032 |
| 518000465 | + | Actlien Holding, Inc., US Bank Cust Actlien Holding, 50 South 16 Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 517892788 | + | Mattleman Weinroth & Miller PC, 401 Route 70, Cherry Hill, NJ 08034-2410 |
| 517892791 | + | Robert J. Triffin, 5131 Township Line Road, PO Box 551, Drexel Hill, PA 19026-0551 |
| 517892792 | + | Roxbury Township Collector, 1715 Route 46, Ledgewood, NJ 07852-9726 |
| 518947407 | | US Bank Cust Actlien Holding, PO Box 237174, New York, NY 10023-0032 |
| 518120805 | + | US Bank Custodian for Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2026 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2026 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2026 21:08:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | EDI: PRA.COM | Jan 06 2026 01:52:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517960548 | | EDI: GMACFS.COM | Jan 06 2026 01:52:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517973308 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2026 21:13:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517892781 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2026 21:13:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517892782 | | Email/Text: bankruptcy@bbandt.com | Jan 05 2026 21:09:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 517927857 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2026 21:09:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517980997 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2026 21:13:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517905902 | | EDI: DISCOVER | Jan 06 2026 01:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517892783 | + | EDI: DISCOVER | | |

|  |  |  | Jan 06 2026 01:52:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
|---|---|---|---|---|
| 517892784 | + | EDI: IRS.COM | Jan 06 2026 01:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517892785 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 05 2026 21:09:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 517892786 | ^ | MEBN | Jan 05 2026 21:04:13 | Keybank/usb Cc, Attn: Bankruptcy Department, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 517892787 | + | EDI: CAPITALONE.COM | Jan 06 2026 01:52:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518682727 |  | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2026 21:08:00 | PNC Bank, N.A., c/o PNC Mortgage, Attn: Bankruptcy Depar, 3232 Newmark Drive Mail Stop: B6-YM07-01, Miamisburg OH 45342 |
| 517892790 |  | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2026 21:08:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517892789 |  | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2026 21:08:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517892793 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2026 21:09:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517893922 | + | EDI: PRA.COM | Jan 06 2026 01:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 519918082 | * | ACT Property LLC, PO Box 237174, New York, NY 10023-0032 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Erin P Johannesen dstevens@scura.com |

Case 18-33430-JKS    Doc 174    Filed 01/07/26    Entered 01/08/26 00:20:19    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 30 |

| | |
|---|---|
| David L. Stevens | dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon<br><br>on behalf of Debtor Christopher B Johannesen dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Deborah T. Feldstein | on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Christopher B Johannesen jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com;ralrehaili@s |
| Jamal J Romero | on behalf of Joint Debtor Erin P Johannesen jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com;ralrehaili@s |
| John J. Scura, III | on behalf of Debtor Christopher B Johannesen jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| John J. Scura, III | on behalf of Joint Debtor Erin P Johannesen jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ronald S. Gellert | on behalf of Creditor KeyBank N.A. rgellert@gsbblaw.com, mfriedman@gsbblaw.com |
| Shauna M Deluca | on behalf of Creditor PNC Bank N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16