Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−33430−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher B Johannesen                          Erin P Johannesen
   8 Joyce Drive                                                   8 Joyce Drive
   Succasunna, NJ 07876                           Succasunna, NJ 07876

Social Security No.:
   xxx−xx−5637                                                     xxx−xx−7055

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 9, 2026</u>                       <u>John K. Sherwood</u>
                                                Judge, United States Bankruptcy Court